UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SUNSHINE STONE PRODUCTS, LLC,**
a Florida Limited Liability Company

    **Plaintiff,**

v.                                            Case No:5:12-CV-293-Oc-34PRL

**THOMAS BRUTON**

    **Defendant.**
_____/

**ORDER**

Pending before the Court is Plaintiff's Motion for Entry of Default. (Doc. 11). Pursuant to Rule 55(a), Fed.R.Civ.P, "[w]hen a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

On September 11, 2012, Plaintiff filed the instant motion arguing that Defendant had failed to timely respond to the Amended Complaint. The next day, Defendant filed a motion to dismiss for improper service and lack of personal jurisdiction. (Doc. 12). Because Defendant is defending this action, Plaintiff's Motion for Entry of Default (Doc. 11) is due to be **DENIED**.

**DONE** and **ORDERED** in Ocala, Florida on September 14, 2012.

PHILIP R. LAMMENS
United States Magistrate Judge

2

Copies furnished to:

Counsel of Record
Unrepresented Parties