**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION**

**SUNSHINE STONE PRODUCTS, LLC,**
a Florida Limited Liability Company

    **Plaintiff,**

v.                                                                    Case No:5:12-CV-293-Oc-34PRL

**THOMAS BRUTON**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff's Motion to Compel Defendant to Produce Compliant Initial Disclosures (Doc. 24). Defendant has not filed a response. The Court discussed this Motion at the hearing on April 16, 2013.

On February 19, 2013, Defendant produced its initial disclosures but failed to provide Defendant's address. At the hearing, defense counsel conceded that if the Court determines that it has personal jurisdiction over Defendant, then defense counsel has no objection to providing Defendant's address. On May 1, 2013, the undersigned entered a report and recommendation concluding that the Court has personal jurisdiction over Defendant and recommending that Defendant's Motion to Dismiss for Improper Service and Lack of Personal Jurisdiction (Doc. 29) be denied.

Upon due consideration, Plaintiff's Motion (Doc. 24) is **GRANTED** to the extent that if and when the District Judge finds that the Court has personal jurisdiction over Defendant, Defendant shall produce to Plaintiff his current address within **five (5) days** of such ruling.

- 2 -

      **DONE** and **ORDERED** in Ocala, Florida on May 8, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties