UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**SUNSHINE STONE PRODUCTS, LLC,**
a Florida Limited Liability Company

    **Plaintiff,**

v.                                       Case No: 5:12-cv-293-Oc-34PRL

**THOMAS BRUTON**

    **Defendant.**

## ORDER

This matter is before the Court on Plaintiff Sunshine Stone Products, LLC's Motion to Strike, Second Motion for Default Judgment, Motion for Sanctions, and Motion to Modify Case Management Scheduling Order and Case Management Plan. (Doc. 34). Defendant Thomas Bruton has not filed a response to the instant Motion and his time for doing so has passed.

The Court dismissed Plaintiff's initial Complaint (Doc. 1) as a shotgun pleading, following which Plaintiff filed its Amended Complaint. (Doc. 6). On June 21, 2013, the District Judge denied Defendant's Motion to Dismiss for Improper Service and Lack of Personal Jurisdiction and ordered Defendant to respond to Plaintiff's Amended Complaint by July 16, 2013. (Doc. 31). On July 19, 2013, Defendant filed an Answer and Affirmative Defenses, Counterclaim and Jury Demand, which is wholly inadequate and appears to be in response to Plaintiff's initial Complaint, as opposed to the now controlling Amended Complaint. (Doc. 32).

Upon due consideration, Plaintiff's Motion (Doc. 34) is **GRANTED** as stated below and otherwise **DENIED**:

1. Defendant's Answer and Affirmative Defenses, Counterclaim and Jury Demand (Doc. 32) is **STRICKEN**.

2. On or before **October 18, 2013**, Defendant shall file a response to Plaintiff's Amended Complaint (Doc. 6), failing which a Clerk's default will be entered against Defendant.

3. Within **ten (10) days** of Defendant filing his response to the Amended Complaint, the parties shall confer and file an amended case management report.

4. Plaintiff also represents that Defendant has failed to provide Plaintiff with his current address as previously ordered by this Court. (Doc. 30). Accordingly, on or before **October 18, 2013**, Defendant **SHALL** provide Plaintiff with his current address.

5. The Court will defer ruling on attorney's fees and costs at this time.

6. **DEFENDANT AND HIS COUNSEL ARE CAUTIONED THAT FAILURE TO COMPLY WITH THIS ORDER WILL LIKELY RESULT IN THE IMPOSITION OF SANCTIONS.**

**DONE** and **ORDERED** in Ocala, Florida on October 8, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties